# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**PAULA TIBBS**                                                             **PLAINTIFF**

v.                              No. 3:18-cv-64-DPM

**GUARDIAN LIFE INSURANCE**
**COMPANY OF AMERICA and**
**BANCORPSOUTH, INC.**                                              **DEFENDANTS**

## JUDGMENT

Tibbs's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 May 2018